# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2974
LT Case No. 2023-CF-000794

_____

WILLIE B. LAWSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Matthew J. Metz,  Public Defender, and John M. Selden,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Daniel P.
Caldwell, Assistant Attorney General, Daytona Beach, for
Appellee.

August 16, 2024


WALLIS, J.

    In this *Anders* appeal,[1] we affirm Appellant's judgment and
sentence.  However, the written judgment reads that Appellant

_____

[1] *Anders v. California*, 386 U.S. 738 (1967).

"entered a plea of Not Guilty" to the crime of "Grand Theft of Motor Vehicle." The record establishes that Appellant proceeded to a trial where he was found guilty of the crime of Theft of Statutory Property—Motor Vehicle. Accordingly, we remand this case for the trial court to correct the scrivener's error in the written judgment to reflect the crime for which Appellant was found and adjudicated guilty, after a trial, of Theft of Statutory Property— Motor Vehicle. *See Anderson v. State*, 374 So. 3d 940 (Fla. 5th DCA 2023).

AFFIRMED. REMANDED with instructions.

HARRIS and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____